UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-80813-CIV-DIMITROULEAS

LOUIS LEO IV, as an individual and on
behalf of all others similarly situated,

    Plaintiff,

vs.

CLASSMONEY.NET,
COLLEGEEDUCATIONINFORMATION.COM,
and VENTRIX ADVERTISING, INC.
d/b/a VENTRIXADVERTISING.COM,
EDUCATEME MARKETING, INC., and
LEADVISION MEDIA, LLC,

    Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff, individually, by and through his undersigned counsel, and Defendants, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice, and without prejudice to any other members of the class, with each party to bear its own attorneys' fees and costs.

Dated: December 02, 2019                    Respectfully submitted,

                                                   *s/ Joshua H. Eggnatz*
                                                   Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
                                                   E-Mail: JEggnatz@JusticeEarned.com
                                                 Michael J. Pascucci, Esq. (Fla. Bar No.: 0083397)
                                                 E-Mail: Mpascucci@JusticeEarned.com
                                                 **EGGNATZ | PASCUCCI**
                                                 7450 Griffin Rd., Ste. 230
                                                 Davie, FL 33314
                                                 Telephone: 954-889-3359
                                                 Facsimile: 954-889-5913

                                      Seth M. Lehrman, Esq. (Fla. Bar No.: 132896)
                                      E-Mail: Seth@epllc.com
                                      **EDWARDS POTTINGER LLC**
                                      425 North Andrews Avenue, Suite 2
                                      Fort Lauderdale, FL 33301
                                      Telephone: 954-524-2820
                                      Facsimile: 954-524-2822

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on **December 02, 2019** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

                                      */s/ Joshua H. Eggnatz*
                                      Joshua H. Eggnatz

Justin L. James, Esq.
E-Mail: jjames@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: 801-363-6363
Facsimile: 801-363-6666

*Attorney for Defendant EducateMe Marketing, Inc.*

Sarah de Diego, Esq.
E-mail: Sarah@dediego.law
DE DIEGO LAW GROUP
1223 Wilshire Boulevard 148
Santa Monica, CA 90403
Telephone: 310-980-8116
Facsimile: 866-774-7817

*Attorney for Defendant Leadvision Media, LLC*