UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80813-CIV-DIMITROULEAS

LOUIS LEO IV, as an individual and on
behalf of all others similarly situated,

    Plaintiff,

vs.

CLASSMONEY.NET,
COLLEGEEDUCATIONINFORMATION.COM,
VENTRIX ADVERTISING, INC.
d/b/a VENTRIXADVERTISING.COM,
EDUCATEME MARKETING, INC., and
LEADVISION MEDIA, LLC,

    Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [DE 39], filed herein on December 2, 2019. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**.

2. All parties shall bear their own attorney's fees and costs except as otherwise agreed.

3. The Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record